**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Danielle Baker, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:21-cv-05372 |
| Harris & Harris, Ltd., | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 28, 2022

                                                                    Respectfully submitted,

                                                                    PLAINTIFF, Danielle Baker

                                                                    By: /s/ Sergei Lemberg
                                                                       Sergei Lemberg, Esq.
                                                                       LEMBERG LAW, L.L.C.
                                                                       444 North Michigan Avenue, Suite 1200
                                                                       Chicago, IL 60611
                                                                       Telephone: (203) 653-2250
                                                                       Facsimile: (203) 653-3424

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 28, 2022, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg

                  Sergei Lemberg