# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Danielle Baker, <br><br> Plaintiff, <br> v. <br><br> Harris & Harris, Ltd., <br><br> Defendant. | Civil Action No.: 1:21-cv-05372 |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Danielle Baker | Harris & Harris, Ltd. |
|---|---|
| ___/s/ Sergei Lemberg_____ | _/s/ Justin M. Penn_____ |
| Sergei Lemberg, Esq. <br> LEMBERG LAW, LLC <br> 43 Danbury Road, 3rd Floor <br> Wilton, CT 06897 <br> Tel: (203) 653-2250 <br> slemberg@lemberglaw.com <br> Attorney for Plaintiff | Justin M. Penn, Esq. <br> Hinshaw & Culbertson LLP <br> 151 N. Franklin Street, Suite 2500 <br> Chicago, IL 60606 <br> Tel: (312) 704-3157 <br> Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2022, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF), which sent notice of such filing to the following:

                              By */s/ Sergei Lemberg*

                                    Sergei Lemberg, Esq.